The People of the State of New York ex rel. New York Central Railroad Company, Appellant, against State Tax Commission, Respondent.

Argued October 2, 1940; decided October 18, 1940.

*K. O. Mott-Smith, F. L. Wheeler* and *Clive C. Handy* for appellant.

*John J. Bennett, Jr., Attorney-General (Edward J. Grogan, Jr., Timothy F. Cohan* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.